| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year ~~2003~~ 2 o O4 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Pickering, Sr., Charles W | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>12/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ○ Annual    ◉ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/8/2004 |
| 7. Chambers or Office Address<br><br>701 N. Main Street, Suite 228<br><br>Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member (partner) | CMAP, LLC |
| 2.   Owner of a farm | |
| 3.   Member (partner) | Wilton Investments, LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   2004 DEC 13 A 10: 52   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. |  |  |  |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. |  |  |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

|  | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. |  |  |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   AmSouth | note secured by security int. in fractional int in comp. owning mineral int. and manu. oilfield eq. | N |
| 2.   Bancorp South | note | K |
| 3.   Helen  Chachere, et vir | note | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W | 12/9/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. General Electric Capital Assurance Company | D | annuity pay | L | W | | | | | |
| 2. Regions Bank. common stock | D | Dividend | M | T | | | | | Union Planters Bank merged |
| 3. | | | | | | | | | Regions Bank on 7/04 |
| 4. Bank of Jones County common stock | A | Dividend | J | T | | | | | |
| 5. First Bankshares,Inc.(common stock | A | Dividend | J | T | | | | | |
| 6. Sanderson Farms, common stock | A | Dividend | J | T | | | | | |
| 7. SmartSynch | | None | J | T | | | | | |
| 8. Farm #1-rural Jones & Covington Counties -pasture-timberla | F | CRP/cattle | P1 | W | | | | | |
| 9. pasture & timberland | | timber | | | | | | | |
| 10. | | used equip | | | | | | | |
| 11. Farm #2-Jones Co.-rural | B | rent | N | W | Rent | 6/11 | J | B | Lamar Outdoor Advertising |
| 12. Farm #3, rural-Jones Co. | | None | K | W | partial sale | 5/1 | J | D | |
| 13. Partial int. in hunting camp, Leflore Co., MS | | None | K | W | | | | | |
| 14. Partial int. in farm, Covington Co., Miss. | A | corn,wheat | M | W | | | | | |
| 15. | | allotment | | | | | | | |
| 16. non-producing minerals-Grimes Co., TX | | None | J | W | | | | | |
| 17. non-producing minerals-Jones Co-MS | | None | J | W | | | | | |
| 18. non-producing minerals-Warren Co., MS | | None | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W | 12/9/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. non-producing minerals-Jones Co., MS | | None | J | W | | | | | |
| 20. non-producing minerals-Jasper Co., MS | | None | J | W | | | | | |
| 21. non-producing minerals-Lawrence Co., MS | | None | J | W | | | | | |
| 22. non-producing minerals-Covington Co., MS | | None | J | W | | | | | |
| 23. Wilton Investments LLC | F | Distribution | N | U | | | | | |
| 24. Bank of Jones County account | A | Interest | J | T | | | | | |
| 25. Bancorp South (account) | A | Interest | J | T | | | | | |
| 26. Union Planters Bank (account | A | Interest | J | T | | | | | |
| 27. IRA # 4 | C | Int., Div. | N | T | | | | | |
| 28. | | L.T. Cap.G. | | | | | | | |
| 29. | | S.T. Cap.G. | | | | | | | |
| 30. -Legg Mason Special Investment Trust | | | | | | | | | |
| 31. - Royce FD | | | | | | | | | |
| 32. -Legg Mason Investment Grade Income Portfolio | | | | | | | | | |
| 33. -Legg Mason Value Trust | | | | | | | | | |
| 34. -Legg Mason Limited Duration Bond Portfolio | | | | | renamed | 8/31 | | | previously Legg Mason US |
| 35. | | | | | | | | | Int. Term Portfolio |
| 36. -Legg Mason Opportunity Trust | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W | 12/9/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37.   -Alltel Corp | | | | | | | | | |
| 38.   -Legg Mason High Yield Portfolio | | | | | sold | 3/24 | J | | |
| 39.   -Legg Mason International Equity Trust | | | | | | | | | |
| 40.   -Legg Mason Corp. Bond Fund | | | | | bought | 3/24 | J | | |
| 41.   This ends IRA # 4 | | | | | | | | | |
| 42.   IRA # 5 | A | Interest | J | T | | | | | |
| 43.   Mutual Funds: | | | | | | | | | |
| 44.   Legg Mason Value Trust | | | | | | | | | |
| 45.   This ends IRA #5 | | | | | | | | | |
| 46.   second note - James L. Leggett et ux | D | prin & int | na | | paid off | 4/1 | | | |
| 47.   third note - James L. Leggett et ux | A | prin & int | J | T | signed | 5/1 | J | na | na |
| 48.   CMAP, LLC | | None | M | R | formed | 10/15 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pickering, Sr., Charles W | 12/9/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)


Line 8.  CRP means Conservations Reserve Program of USDA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date _12-8-04_

NOTE: A̶_____̶ALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJ̶_____̶pp. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

*Charles W. Pickering, Sr.*
*Circuit Judge*

November 19, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Dear Committee:

Please accept this letter as an amendment for my 2003 Financial Disclosure Report. On part VII, page 1, line 15, change column B1 to "A" and column B2 to "corn-wheat allotment." Since this was paid to a partnership I inadvertently failed to recall this income.

Sincerely yours,



Charles Pickering, Sr.

sg

**Charles W. Pickering, Sr.**
*Circuit Judge*

October 5, 2004

FINANCIAL DISCLOSURE OFFICE

2004 OCT 12 A 10: 52

RECEIVED

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: Calendar Year 2003 Filing

Dear Committee:

Please accept this letter as an Amendment to my 2003 Financial Disclosure Report. I enclose three copies.

In Part VII, page 1, line 16, Column D(4) should be changed from "M" to "G."

In Part VII, page 2, lines 32-34, Column D(3), each of these three lines should contain the value code "J."

In Part VII, page 3, lines 39-51, Column D(3), each of these three lines should contain the value code "J," with the exception of line 47 which should contain the value code "K."

In Part VII, page 4, lines 55 and 57, Column D(3) the value code "J" should be inserted on both lines.

I trust this will meet the requirements of the Committee.

Since

sg
Enclosure

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name. Middle initial)<br><br>Pickering, Sr., Charles W | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>8/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5. ReportType (check appropriate type)<br><br>( ) Nomination, Date<br><br>( ) Initial   (●) Annual   ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>701 N. Main Street, Suite 228<br><br>Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is. in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Owner of a farm | |
| 2.   Member (partner) | Wilton Investments, LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 17 11 00 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pickering, Sr., Charles W | 8/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AmSouth | note secured by security int. in fractional int in comp. owning mineral int. and manu. oilfield eq. | N |
| 2. Bancorp South | secondary liab.on note secured by DT on prop.valued in excess of debt | O |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. General Electric Capital Assurance Company | D | annuity pay | L | W | | | | | |
| 2. Union Planters Corp. common stock | D | Dividend | M | T | | | | | |
| 3. Bank of Jones County common stock | A | Dividend | J | T | | | | | |
| 4. First Bankshares,Inc.(common stock | A | Dividend | J | T | | | | | |
| 5. Sanderson Farms, common stock | A | Dividend | J | T | | | | | |
| 6. SmartSynch | | None | J | T | | | | | |
| 7. IRA # 1 | A | Interest | na | | comp.trans | 4/7 | M | na | IRA #4 |
| 8. Money Fund, Salomon Smith Barney | | | | | | | | | |
| 9. This ends IRA #1 | | | | | | | | | |
| 10. Farm #1-rural Jones & Covington Counties -pasture-timberla | F | CRP/cattle | P1 | W | | | | | |
| 11. pasture & timberland | | timber | | | | | | | |
| 12. Farm #2-Jones Co.-rural | B | rent | N | W | Rent | 6/11 | J | B | Lamar Outdoor Advertising |
| 13. Farm #3, rural-Jones Co. | | None | K | W | part sale | 9/11 | J | D | James L. Leggett et ux |
| 14. Partial int. in hunting camp, Leflore Co., MS | | None | K | W | | | | | |
| 15. Partial int. in farm, Covington Co., Miss. | | None | M | W | | | | | |
| 16. Partial int. in residence, Fairfax Co., Virginia | | None | na | | sold | 10/10 | M | M | Michael R Shumaker et ux |
| 17. non-producing minerals-Grimes Co., TX | | None | J | W | | | | | |
| 18. non-producing minerals-Jones Co-MS | | None | J | W | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. non-producing minerals-Warren Co., MS | | None | J | W | | | | | |
| 20. non-producing minerals-Jones Co., MS | | None | J | W | | | | | |
| 21. non-producing minerals-Jasper Co., MS | | None | J | W | | | | | |
| 22. non-producing minerals-Lawrence Co., MS | | None | J | W | | | | | |
| 23. non-producing minerals-Covington Co., MS | | None | J | W | | | | | |
| 24. Membership interest in Tenrgys LLC | D | Distribution | na | | assigned | 1/15 | M | na | Wilton Investments LLC |
| 25. Wilton Investments LLC | F | Distribution | M | U | formed | 1/15 | M | na | |
| 26. Bank of Jones County account | A | Interest | J | T | | | | | |
| 27. Bancorp South (account) | A | Interest | J | T | | | | | |
| 28. Union Planters Bank (account | A | Interest | J | T | | | | | |
| 29. IRA # 3 | A | Interest | na | | transferred | 4/7 | J | na | to IRA # 5 |
| 30. -Money Fund, Salomon Smith Barney | | | | | | | | | |
| 31. -Mutual Funds: | | | | | | | | | |
| 32. -Smith Barney Aggressive Growth | | | | | sold | March | | | |
| 33. -Smith Barney Fundamental Value | | | | | sold | March | | | |
| 34. -Smith Barney Large Capitalization Growth | | | | | sold | March | | | |
| 35. This ends IRA # 3. | | | | | | | | | |
| 36. IRA # 4 | C | Int., Div. | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,000-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | L.T. Cap.G. | | | | | | | |
| 38. | | S.T. Cap.G. | | | | | | | |
| 39. -Legg Mason Special Investment Trust | | | | | sold | 1/3 | | | |
| 40. | | | | | bought | 4/15 | | | |
| 41. - Royce FD | | | | | sold | 1/9 | | | |
| 42. | | | | | bought | 4/15 | | | |
| 43. -Legg Mason Investment Grade Income Portfolio | | | | | bought | 10/27 | | | |
| 44. -Legg Mason Value Trust | | | | | sold | 1/8 | | | |
| 45. | | | | | bought | 4/15 | | | |
| 46. - Legg Mason Classic Valuation FD | | | | | sold | 1/8 | | | |
| 47. Legg Mason US Govt Int. Term Portfolio | | | | | bought | 1/8 | | | |
| 48. Legg Mason Opportunity Trust | | | | | bought | 6/25 | | | |
| 49. Alltel Corp | | | | | bought | 8/06 | | | |
| 50. Legg Mason High Yield Portfolio | | | | | bought | 10/27 | | | |
| 51. Legg Mason International Equity Trust | | | | | bought | 10/27 | | | |
| 52. This ends IRA # 4 | | | | | | | | | |
| 53. IRA # 5 | A | Interest | J | T | transfer | 4/7 | J | na | IRA # 3 |
| 54. Mutual Funds: | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Legg Mason Value Trust | | | | | bought | 5/5 | | | |
| 56. This ends IRA #5 | | | | | | | | | |
| 57. Note - James L. Leggett et ux | D | prin. & int. | na | | paid off | 8/25 | | | |
| 58. Second Note - James L. Leggett et ux | A | prin. & int. | J | T | signed | Sept. | J | na | n/a |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII ADDITIONAL INFORMATION OR EXPLANATIONS

(Indicate part of Report.)

Line 10. CRP means Conservations Reserve Program of USDA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                    Date _August 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544